UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JESSE C. PORTELL | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 19-CV-3339 |
| v. | ) |
| | ) |
| FILLA PAINTING, LTD. | ) |
| | ) |
| and | ) |
| | ) |
| GARY FILLA | ) |
| | ) |
| Defendant. | ) **JURY TRIAL DEMANDED** |

## ENTRY OF APPEARANCE

Richard A. Voytas, Jr. of Ross & Voytas, LLC hereby enters his appearance as Counsel for Plaintiff, Jesse Portell, in the above-styled case.

    Respectfully submitted,

    **ROSS & VOYTAS, LLC**

    By: /s/ Richard A. Voytas
    Richard A. Voytas, Jr. # 52046 MO
    Nathan K Bruns #71812 MO
    Ross & Voytas, LLC
    12444 Powerscourt Drive Suite 370
    St. Louis, MO 63131
    (314) 394-0605 (telephone)
    (314) 636-333-1212 (facsimile)
    rick@rossvoytas.com
    bruns@rossvoytas.com

    Attorneys for Plaintiff